**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:07-cv-598-HDM-RAM |
| $44,320.00 IN UNITED STATES CURRENCY. | ) ) | JUDGMENT OF FORFEITURE |
| Defendant. | ) ) | |

A verified Complaint for Forfeiture in Rem was filed on December 7, 2007.  The Complaint alleges that the defendant funds, in their entirety, represent proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C., §§ 801-et seq., and/or is property which constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act, 21 U.S.C., §§ 801-et seq., and are, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

Process was fully issued in this action and returned according to law.

Pursuant to a Summons and Warrant of Arrest in Rem for the Property issued by this Court on January 7, 2008, the United States Marshals Service arrested the defendant property on March 13, 2008.

Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication in the Reno Gazette-Journal.

Statutory notice compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, was given to known prospective claimants.

1    No claim, answer, or other responsive pleading has been filed on behalf of any person.

2    Default was entered on May 30, 2008, of the defendant funds, specified individuals and entities, and

3    all other persons or entities who claim an interest in the defendant property.

4    Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND

5    DECREED that Judgment be and is entered against the defendant

6    $44,320.00 IN UNITED STATES CURRENCY

7    and against all persons and/or entities, having any interest in such property and that the defendant

8    property be, and the same is, hereby forfeited to the United States of America and no right, title, or

9    interest in the defendant property shall exist in any other party.  The defendant property shall be

10   disposed of according to law.

11

12   Date: __2nd day of June__, 2008

13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

2